MINUTE ENTRY
MILAZZO, J.
JUNE 2, 2021

JS-10: 00:30

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 18-265 |
| BRYAN JOSEPH | SECTION "H" |

### SENTENCING
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER: BRIDGET GREGORY
COURT REPORTER: ALEXIS VICE
LAW CLERK: EMMY SCHROETER

APPEARANCES:   NOLAN D. PAIGE, AUSA, FOR GOVERNMENT
JEFFREY D. HUFFT, FOR DEFENDANT
MARILYN J. BRASSET, US PROBATION OFFICER

Court begins at 10:30 a.m.
Counsel appear for the record.
Defendant present for sentencing.
On November 20, 2019, defendant entered into a guilty plea as to count 1 of the Superseding Bill of Information.
Defendant addressed the Court.
Victim impact statement to the Court.
Government addressed the Court.
Defendant sentenced as to Count 1 of the Superseding Bill of Information.
**See Judgment and Commitment Order.**
On motion of the United States, the original indictment is dismissed as to this defendant.
Defendant remanded to the Custody of the U.S. Marshal.
Matter adjourned at 11:00 a.m.